IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

  v.

AVOCA TRUCKING & EXCAVATING, INC., et al.,

    Defendants.
_____/

No. C 04-02077 CRB

**ORDER OF DISMISSAL**

    Now pending before the Court is Magistrate Judge James' Report and Recommendation recommending that this action be dismissed for lack of prosecution. After considering the recommendation and the history of this case, the Court adopts the Report and Recommendation and DISMISSES this action pursuant to Federal Rule of Civil Procedure 41 for a failure to prosecute.

    **IT IS SO ORDERED.**

Dated: December 5, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2077\orderredismissal.wpd